ERIE RAILROAD COMPANY, Appellant, *v.* INTERNATIONAL
RAILWAY COMPANY, Respondent.

*Lease — action under provisions of lease to recover portion of expense ·to
plaintiff of elimination of grade crossing.*

· *Erie R. R. Co.* v. *International Ry. Co.,* 209 App. Div. 380, affirmed.
(Argued December 3, 1924; decided December 19, 1924.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered May 24, 1924, modifying and affirming as modi-
fied a judgment in favor of plaintiff entered upon a
decision of the court on trial at Special Term. Plaintiff
sued to recover from defendant a portion of the expense
to plaintiff of the elimination of the grade crossing of
plaintiff's tracks at Main street in the city of Buffalo
under certain clauses in a lease whereby the lessee, to
whose rights defendant has succeeded, agreed to perform
and satisfy all of the duties and obligations then or
thereafter imposed by law or lawful authority upon the
lessor with respect to the " leased section " and particu-
larly with respect to the operation and maintenance
thereof and, in case of the substitution of overhead
crossings or under crossings for highway crossings at
grade upon the " leased section," to pay the cost and
expense of that portion of the structure carrying the
highway over or under the " leased section " and one-half
of all costs or expenses of, or incurred by, the lessor for
approaches to such over or under crossings and for land
and consequential damages.

*Helen Z. M. Rodgers* and *William L. Marcy* for appellant.
*James C. Sweeney* for respondent.

Judgment affirmed, with costs; no opinion.

· Concur: HISCOCK, Ch. J., POUND, CRANE, ANDREWS and
LEHMAN, JJ. Absent: CARDOZO and MCLAUGHLIN, JJ.